pany of London & Edinburgh. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiffs upon the verdict, with costs.

RINGHEIM v. SCHLICHTEN. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Jacob Ringheim against George W. Schlichten. No opinion. Motion granted, unless appellant have appeal ready on June 4, 1909. Order filed.

ROBERTSON, Respondent, v. PAUL C. GRENING CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Harry G. Robertson against the Paul C. Grening Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROCKLAND COUNTY TRUST CO., Respondent, v. JENNINGS, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the Rockland County Trust Company, as committee of Jeremiah J. Deady, against Herbert T. Jennings. No opinion. Judgment affirmed by default, with costs.

ROLTAIR, Respondent, v. KLAW et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Henry Roltair against Marc Klaw and another. No opinion. Judgment and orders unanimously affirmed, with costs.

ROSENBERG, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Joseph Rosenberg against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

ROSENBERG, Appellant, v. LEMMINN, Respondent. (Supreme Court Appellate Division, Second Department. June 4, 1909.) Action by Jacob Rosenberg against William Lemminn. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENBLUM, Respondent, v. WEIR, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Pescha Rosenblum against Levi C. Weir, as president. C. De Gersdorff, for appellant. L. Freiman, for respondent. No opinion. Determination (113 N. Y. Supp. 520) affirmed, with costs. Order filed.

ROSENEAU, Respondent, v. EMPIRE CIRCUIT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Edward J. Roseneau, as receiver, etc., against the Empire Circuit Company and others. No opinion. Motion to amend decision (115 N. Y. Supp. 511) denied, with $10 costs.

In re ROSENTHAL. (Supreme Court, Appellate Division, First Department. May 14, 1909.) In the matter of Julius C. Rosenthal. No opinion. Reference ordered. Settle order on notice.

ROTTKAMP et al., Respondents, v. SPRINGFIELD, L. I., CEMETERY SOCIETY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Joseph Rottkamp and others against the Springfield, L. I., Cemetery Society. No opinion. Order affirmed on argument, with $10 costs and disbursements.

RUSSELL v. PITTSBURGH LIFE CO. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by William H. Russell against the Pittsburgh Life Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 841.

SABERSKI v. KATZ. (Supreme Court, Appellate Term. May 27, 1909.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Rosa Saberski against Sam Katz. From a final order in plaintiff's favor, defendant appeals. Reversed, and new trial ordered. Charles W. Groll, for appellant. Wilson, Barker & Wager, for respondent.

PER CURIAM. Proceeding to dispossess for nonpayment of rent. Defense, payment. Katz was tenant under a prior owner, and offered receipts (including the month in question) in evidence, which, after objection and exception, were excluded. Defendant was corroborated in several particulars by other witnesses. The exceptions were well taken. Final order reversed, and new trial ordered, with costs to appellant to abide the event.

In re SAMPLE'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the estate of Charles W. Sample, deceased. No opinion. Motion to dismiss appeal granted, with costs.

SCHEIDEBORG v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Herman Scheideborg against the New York & Harlem Railroad Company. L. M. Berkeley, for appellant. M. R. Ryttenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHULTZE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Theodore Schultze against the New York & Queens County Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

SCHUMACHER, Respondent, v. GREAT EASTERN CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Clara Schumacher against the Great Eastern Casualty